GREGORY G. KATSAS, Assistant Attorney General
EUGENE M. THIROLF, Director, Office of Consumer Litigation
   By: DANIEL K. CRANE-HIRSCH, daniel.crane-hirsch@usdoj.gov
U.S. Department of Justice, Office of Consumer Litigation
PO Box 386
Washington, DC  20044-0386
Telephone: 202-616-8242
Facsimile: 202-514-8742

KARIN J. IMMERGUT, United States Attorney
   By: KELLY ZUSMAN, Kelly.Zusman@usdoj.gov
U.S. Attorney's Office
Mark O. Hatfield U.S. Courthouse
1000 SW Third Ave., Suite 600
Portland, OR  97204
Telephone: 503-727-1009
Facsimile: 503-727-1117

Attorneys for Intervenor-Plaintiff the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ASHBY, *et al.*, **Plaintiffs**, and | Case No. 01-1446-BR |
| UNITED STATES OF AMERICA, **Intervenor-Plaintiff**, | **UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF CONSTITUTIONALITY OF FCRA'S STATUTORY DAMAGES PROVISION** |
| v. | |
| FARMERS INSURANCE CO. OF OREGON, INC., *et al.*, **Defendants**. | |

      The United States respectfully advises the Court that, earlier this week, a district judge in the Southern District of Florida issued a brief order upholding the constitutionality of statutory damages under the Fair Credit Reporting Act, 15 U.S.C. § 1681n(a)(1)(A), and rejecting *Grimes*

*v. Rave Motion Pictures of Birmingham, LLC*, 552 F. Supp. 2d 1302 (N.D. Ala. 2008), *appeals docketed*, Nos. 08-13510-BB, 08-136616-BB (11th Cir. June 20, 2008).

The just-issued order is *Smith v. MSV Sales & Services, LLC*, No. 08-61436-CIV, 2008 WL 4921356, 2008 U.S. Dist. LEXIS 93996 (S.D. Fla. Nov. 17, 2008). It follows an order issued by a different district judge last month, *Smith v. Casino Ice Cream, LLC*, No. 08-61285-CIV, 2008 WL 4541013, 2008 U.S. Dist. LEXIS 81550 (S.D. Fla. Oct. 9, 2008), which the Court mentioned during the October 24, 2008, oral argument in this matter.

Dated: November 21, 2008
       Washington, DC

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**
GREGORY G. KATSAS
Assistant Attorney General
Civil Division
U.S. DEPARTMENT OF JUSTICE

KARIN J. IMMERGUT
United States Attorney

 s/ Kelly Zusman
KELLY ZUSMAN
OSB Number 891843
Assistant United States Attorney
Mark O. Hatfield U.S. Courthouse
1000 SW Third Ave., Suite 600
Portland, OR  97204
Telephone: 503-727-1009
Facsimile: 503-727-1117
E-mail: Kelly.Zusman@usdoj.gov

>EUGENE M. THIROLF, Director
>KENNETH L. JOST, Deputy Director
>JILL FURMAN, Assistant Director
>
>  s/ Daniel K. Crane-Hirsch
>DANIEL K. CRANE-HIRSCH
>Trial Attorney, Office of Consumer Litigation
>U.S. Department of Justice
>PO Box 386
>Washington, DC  20044-0386
>Telephone: 202-616-8242
>Facsimile: 202-514-8742
>E-mail: daniel.crane-hirsch@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2008, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

**Plaintiffs' Counsel**

N. Robert Stoll (rstoll@ssbls.com)
Steven D. Larson (slarson@ssbls.com)
David F. Rees (drees@ssbls.com)
Mark A. Friel (mfriel@ssbls.com)
Stoll Stoll Berne Lokting & Schlachter, P.C.
209 SW Oak St., Suite 500
Portland, OR  97204

Charles A. Ringo (Charlie@Ringolaw.com)
Charlie Ringo Law Offices
974 NW Riverside Blvd.
Bend, OR  97709

**Defendants' Counsel:**

Barnes H. Ellis (bhellis@stoel.com)
Timothy W. Snider (twsnider@stoel.com)
Stephen A. Redshaw (saredshaw@stoel.com)
Stoel Rives LLP
900 SW Fifth Ave., Suite 2600
Portland, OR  97204

>  s/ Daniel K. Crane-Hirsch
>DANIEL K. CRANE-HIRSCH