Barnes H. Ellis, OSB No. 640325
bhellis@stoel.com
Timothy W. Snider, OSB No. 034577
twsnider@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ASHBY, CAROL PORTO, GRANT WENZLICK, LEO NEWBERRY, and EVELYN BROEFFLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>FARMERS INSURANCE COMPANY OF OREGON and FARMERS GROUP, INC.,<br><br>    Defendants. | Civil No. CV01-1446-BR<br><br>DEFENDANTS' PROPOSED VERDICT FORM ON SEGREGATED ISSUE |

Attached is Defendants' Proposed Verdict Form on Segregated Issue.

DATED: April 28, 2009.

STOEL RIVES LLP

*/s/ Barnes H. Ellis*
Barnes H. Ellis, OSB No. 640325
Timothy W. Snider, OSB No. 034577
Telephone: (503) 224-3380

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ASHBY, CAROL PORTO, GRANT WENZLICK, LEO NEWBERRY, and EVELYN BROEFFLE,<br><br>    Plaintiffs,<br><br>  v.<br><br>FARMERS INSURANCE COMPANY OF OREGON and FARMERS GROUP, INC.,<br><br>    Defendants. | Civil No. CV01-1446-BR<br><br>**VERDICT ON SEGREGATED ISSUE** |

  We, the jury, being duly impaneled and sworn to try the above-entitled case, do find our

verdict as follows:

1

2

Question 1

1.      Did Plaintiffs establish by a preponderance of the evidence that, after February 28, 2002, Defendants willfully violated Section 1681m(a)(1) of the Fair Credit Reporting Act ("FCRA")?

_____ Yes

_____ No

If your answer to Question No. 1 is "Yes," then proceed to Question No. 2.  If your answer to Question No. 1 is "No," then stop here, have the foreperson sign and date this form, and return it to the [bailiff] [clerk].

Question 2

Did Plaintiffs establish by a preponderance of the evidence that statutory damages of more than $100 per class member should be awarded as to any member of the class after February 28, 2002?

_____ Yes

_____ No

If your answer to Question No. 2 is "Yes," then proceed to Question No. 3.  If your answer to Question No. 2 is "No," then stop here, have the foreperson sign and date this form, and return it to the [bailiff] [clerk].

Question 3

3.      For the [insert number of post-February 28, 2002, class members here] members of the class after February 28, 2002, what is the total amount of damages, not to be less than $100 per class member nor greater than $1,000 per class member, that Defendants should pay to the class after February 28, 2002?

3

      Write the total amount of damages that you award here:  $_____

      Your verdict on each question must be unanimous.

      When you have unanimously agreed on the answers on the verdict form, have the foreperson sign and date this form, and return it to the [bailiff] [clerk].

      DATED this \_\_\_ day of June 2009.

                                                _____

                                                              Foreperson

Portlnd3-1665108.1 0045556-00006