**STEVE D. LARSON,** OSB No. 863540
Email: slarson@stollberne.com
**DAVID F. REES,** OSB No. 945138
Email: drees@stollberne.com
**MARK A. FRIEL,** OSB No. 002592
Email: mfriel@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840

**CHARLES A. RINGO,** OSB No. 893461
E-Mail: Charlie@Ringolaw.com
CHARLIE RINGO & ASSOCIATES
974 NW Riverside Blvd
Bend, OR 97701
Telephone:   (541) 330-6447
Facsimile:   (541) 382-3328

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ASHBY, CAROL PORTO, GRANT WENZLICK, LEO NEWBERRY, and EVELYN BROEFFLE,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY OF OREGON and FARMERS GROUP, INC.,<br><br>Defendants. | Case No. CV 01-1446 BR<br><br>**PLAINTIFFS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE NAMED PLAINTIFFS** |

At the Court's suggestion, Plaintiffs request that the Court give the following jury instruction at the outset of the case prior to opening statements. Although defendants object to this instruction based on their position that the individual circumstances of the class

{SSBLS Main Documents\7119\001\00209219-1}

Page 1 - **PLAINTIFFS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE NAMED PLAINTIFFS**

representatives and class members are relevant, defendants do not object to the wording of this instruction.

Plaintiffs' Requested Jury Instruction No. __

## PLAINTIFFS' TESTIMONY

This case is a class action lawsuit brought by plaintiffs Carol Porto, Evelyn Broeffle and Leo Newberry who serve as representatives for a class of approximately 144,000 similar situated Farmers policyholders. Although the class representatives will be present in the courtroom, because there are no issues for you to decide regarding the individual circumstances of the class representatives or class members, and in order to make the best use of your time, the Court has determined that testimony from the class representatives will not be necessary for you to decide the issues in this case.

DATED this 4th day of June, 2009.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: /s/ Steve D. Larson
  **STEVE D. LARSON**, OSB No. 86354
  **DAVID F. REES**, OSB No. 94513
  **MARK A. FRIEL**, OSB No. 00259
  STOLL STOLL BERNE LOKTING &
  SHLACHTER P.C.
  209 SW Oak Street, 5th Floor
  Portland, OR 97204
  Telephone: (503) 227-1600
  Facsimile: (503) 227-6840
  Email: slarson@ssbls.com
  Email: drees@ssbls.com
  Email: mfriel@ssbls.com

-and-

{SSBLS Main Documents\7119\001\00209219-1}

Page 2 - **PLAINTIFFS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE NAMED PLAINTIFFS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

**CHARLES A. RINGO**, OSB No. 89346
CHARLIE RINGO & ASSOCIATES PC
974 NW Riverside Blvd.
Bend, Oregon 97701
Telephone:    (541) 330-6447
Facsimile:    (541) 382-3328
E-Mail:       charlie@ringolaw.com

**Attorneys for Plaintiffs**

{SSBLS Main Documents\7119\001\00209219-1}

Page 3 - **PLAINTIFFS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE NAMED PLAINTIFFS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840