Barnes H. Ellis, OSB No. 640325
bhellis@stoel.com
Timothy W. Snider, OSB No. 034577
twsnider@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ASHBY, CAROL PORTO, GRANT WENZLICK, LEO NEWBERRY, and EVELYN BROEFFLE,<br><br>    Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY OF OREGON and FARMERS GROUP, INC.,<br><br>    Defendants. | Case No. CV 01-1446 BR<br><br>**MOTION FOR JUDGMENT AS A MATTER OF LAW THAT PLAINTIFFS ARE NOT ENTITLED TO STATUTORY DAMAGES EXCEEDING THE STATUTORY MINIMUM** |

### L.R. 7.1 CERTIFICATION

Defendants' counsel certifies that he conferred with Plaintiffs' counsel to resolve the dispute, but the parties were unable to do so.

Page 1 - MOTION FOR JUDGMENT AS A MATTER OF LAW THAT PLAINTIFFS ARE NOT ENTITLED TO STATUTORY DAMAGES EXCEEDING THE STATUTORY MINIMUM

Portlnd3-1672417.1 0045556-00006

# MOTION

Pursuant to Federal Rule of Civil Procedure 50(a), Farmers Insurance Company of Oregon and Farmers Group, Inc., (collectively, "Farmers" or "Defendants") hereby move for judgment as a matter of law that Plaintiffs did not provide sufficient evidence entitling them to any award beyond the $100 minimum established by the Fair Credit Reporting Act ("the FCRA") for willful violations.

Farmers' motion is supported by the accompanying Memorandum, and such other evidence and argument that may be presented at the hearing on this motion.

DATED:  June 21, 2009.

>                               STOEL RIVES LLP
>
>                               */s/ Timothy W. Snider*
>                               Barnes H. Ellis, OSB No. 640325
>                               Timothy W. Snider, OSB No. 034577
>
>                               Attorneys for Defendants

Page 2  -  MOTION FOR JUDGMENT AS A MATTER OF LAW THAT PLAINTIFFS ARE NOT ENTITLED TO STATUTORY DAMAGES EXCEEDING THE STATUTORY MINIMUM

Portlnd3-1672417.1 0045556-00006