ORIGINAL

FILED'09 JUN 22 15:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS ASHBY, CAROL PORTO, GRANT WENZLICK, LEO NEWBERRY, and EVELYN BROEFFLE, | 01-CV-1446-BR VERDICT |
| Plaintiffs, | |
| v. | |
| FARMERS INSURANCE COMPANY OF OREGON and FARMERS GROUP, INC., | |
| Defendants. | |

We, the jury, unanimously find as follows:

1. Did Plaintiffs prove by a preponderance of the evidence that Defendants willfully violated Section 1681(m)(a)(1) of the Fair Credit Reporting Act when they chose the language they used in the notices at issue in this case:

   a. Between March 1, 2000, and February 27, 2002?

      (  ) Yes    (X) No

   b. Between February 28, 2002 and September 28, 2002?

      (  ) Yes    (X) No.

1 - VERDICT

   If you answered "no" to both Questions 1.a and 1.b., your
   Verdict is for Defendants.  Do not answer any additional
   questions.  Your Presiding Juror should date and sign this
   Verdict form.

   If you answered "yes" to either or both Questions 1.a and
   1.b, proceed to Question 2

2. What amount of statutory damages per class member do you
   award?  (No less than $100 and no more than $1000).

   ANSWER:    $_____.

   **Your presiding juror should date and sign this Verdict.**

   6/22/09
   _____
   Date

                                    _____
                                    Presiding Juror

2 - VERDICT